# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC NEUROSURGICAL SPECIALISTS, P.A., RONALD P. BENITEZ, M.D., YARON A. MOSHEL, M.D., as the authorized representative and attorneys-in-fact of their patients F.L. and P.T., and AMERICAN SURGICAL ARTS, P.C. and SEAN BIDIC, M.D., as the authorized representative and attorney-in-fact of his patient J.C., on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE LLC, OXFORD HEALTH PLANS, LLC, and OXFORD HEALTH INSURANCE, INC.,<br><br>                Defendants. | Case No. 2:20-cv-13834-MEF-JBC<br><br>STIPULATION AND [PROPOSED] ORDER AS TO VOLUNTARY DISMISSAL OF ATLANTIC NEUROSURGICAL SPECIALISTS, P.A AND AMERICAN SURGICAL ARTS, P.C. |

      Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs Atlantic Neurosurgical Specialists, P.A., Ronald P. Benitez, M.D., Yaron A. Moshel, M.D., as the authorized representative and attorneys-in-fact of their patients F.L. and P.T., and American Surgical Arts, P.C. and Sean Bidic, M.D., as the authorized representative and attorney-in-fact of his patient J.C. (collectively, "Plaintiffs"), together with

Defendants UnitedHealth Group Inc., United Healthcare Services, Inc., United Healthcare Insurance Company, United Healthcare Service LLC, Oxford Health Plans, LLC, and Oxford Health Insurance, Inc. (collectively, "Defendants"), stipulate and agree to:

1. the dismissal of Atlantic Neurosurgical Specialists, P.A. and American Surgical Arts, P.C. from the Second Amended Class Action Complaint with prejudice; and

2. this stipulated dismissal does not relate to the claims asserted by any other Plaintiff.

Respectfully submitted,

/s/ Amey J. Park
Amey J. Park (NJ 070422014)
Natalie Lesser (NJ 017882010)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Fax:   (215) 875-4604
nlesser@bm.net
apark@bm.net

Julie S. Selesnick (*pro hac vice*)
**BERGER MONTAGUE PC**
1001 G Street NW, Suite 400 East
Washington, DC 20001
Tel. (202) 669-1770
Fax (215) 875-5702
Email: jselesnick@bm.net

Zoe Seaman-Grant (*pro hac vice*)
**BERGER MONTAGUE PC**
110 N. Wacker Drive, Suite 2500

/s/ Robert Norcia
Francis X. Manning
Robert Norcia
**STRADELY RONON STEVENS & YOUNG**
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
fmanning@stradley.com
rnorcia@stradley.com

Meaghan VerGow (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
mvergow@omm.com

Stuart M. Sarnoff (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Ste 1700
New York, NY 10019
(212) 326-2000
ametlitsky@omm.com
ssarnoff@omm.
Tel. (773) 257-0255

Chicago, IL 60606  
Tel. (773) 257-0255  
Fax (215) 875-5702  
Email: zseamangrant@bm.net  

Fax (215) 875-5702

Leslie S. Howard  
Michael F. Fried  
**COHEN HOWARD, LLP**  
766 Shrewsbury Avenue  
Suite 200  
Tinton Falls, NJ 07724  
Tel. (732) 747-5202  
Fax (732) 747-5259  
lhoward@cohenhoward.com  
mfried@cohenhoward.com  

## ORDER

Having considered the above stipulation, and **IT IS SO ORDERED**.

Dated: _____

                                          Michael E. Farbiarz, U.S.D.J.